# GOTTLIEB & ASSOCIATES
## ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

July 7, 2022

**VIA ECF**

The Honorable Colleen McMahon
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2022

Re: *Picon v. Friends More Inc.*,
Case No.: 1:22-cv-3030

*Extension granted. Conference adjourned to 9/8/2022 @ 10:15 a.m.*
*[Signed] Colleen McMahon 7/7/2022*

Dear Judge McMahon,

**MEMO ENDORSED**

The undersigned represents Yelitza Picon, on behalf of herself and all other persons similarly situated ("Plaintiff"), in the above-referenced action against Defendant, Friends More Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for July 14, 2022, at 11:15 AM (Dkt. 6) be adjourned for 60 days because Counsel for the Defendant has not yet answered or appeared in this action. Additionally, the undersigned respectfully requests Your Honor grant the Defendant an additional 30 days to respond to the Complaint until August 8, 2022, so that the Defendant has ample opportunity to appear and defend themselves in this Action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension

We thank the Court for its time and attention in this matter.

Respectfully submitted,

**GOTTLIEB & ASSOCIATES**

/s/ Michael A. LaBollita, Esq.
Michael A. LaBollita, Esq.